IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

DAVID B. KARR, individually and on behalf )
of others similarly situated, )
)
                Plaintiffs, )
  v. )   No. 19-00882-CV-W-BP
)
KANSAS CITY LIFE INSURANCE CO., )
)
                Defendant. )

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_X\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

ORDER Plaintiff's Motion to Remand is **GRANTED** and this case is remanded to Jackson County Circuit Court. Defendant's Motion to Consolidate is **DENIED AS MOOT**.

Dated : 2/7/2020

/s/Paige Wymore-Wynn
  Clerk of Court

/s/ Kelly McIlvain
Deputy Clerk